Same case below, 398 Fed. Appx. 933.

**No. 10-9318. Marcus James Byrd, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1835, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2767.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 718.

**No. 10-9321. Mohammed Munir Anwari, aka Mohammed Munir, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1836, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2797.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 54.

**No. 10-9322. Breyahn Gavin, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1836, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2734.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 643.

**No. 10-9327. Thomas Edward Cargill, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1836, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2713.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9328. Kenneth S. Dilley, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1836, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2772.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9329. Steven Gordon Casper, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1837, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2722.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9331. Ewell Dennis Nash, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1837, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2708.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 627 F.3d 693.

**No. 10-9332. William E. McKanry, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1837, 179 L. Ed. 2d 790, 2011 U.S. LEXIS 2796.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.